745 A.2d 523

IN THE MATTER OF RON MARTIN KUBIAK,
AN ATTORNEY AT LAW.

February 23, 2000.

## ORDER

The Disciplinary Review Board having filed with the Court its decision concluding that **RON MARTIN KUBIAK** of **CAMDEN**, who was admitted to the bar of this State in 1970, should be suspended from the practice of law for a period of three months for violating *RPC* 1.15(a) (failure to safeguard funds in which the attorney and a third party claim an interest), *RPC* 1.15(d) (record-keeping violations), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **RON MARTIN KUBIAK** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective March 20, 1999; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.